SARAH M. WALTER, APPELLANT, v. FRANK INTROCASO, RESPONDENT.

Argued February 4, 1947—Decided April 24, 1947.

462

For the appellant, *Morris E. Barison* (*Fred E. Riethmuller*, of counsel).

For the respondent, *Bennett A. Robbins* (*Abraham J. Slurzberg*, of counsel).

PER CURIAM.

The judgment under review will be affirmed, for the reasons expressed in the opinion of Judge Ackerson.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, BODINE, DONGES, COLIE, WACHENFELD, EASTWOOD, WELLS, RAFFERTY, DILL, FREUND, McGEEHAN, McLEAN, JJ. 14.

*For reversal*—HEHER, J. 1.